**United States Court of Appeals for the Tenth Circuit**
OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

Elisabeth A. Shumaker
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 19 2006

GREGORY C. LANGHAM
CLERK

July 19, 2006

NOTIFICATION OF MAILING

Re:   06-1284, In re:Clark v. -
      Dist/Ag docket:  96-CV-00823-DBS

A COPY OF THE ATTACHED ORDER HAS BEEN PLACED IN THE UNITED STATES MAIL
THIS DATE, ADDRESSED AS FOLLOWS:

Mr. Ernest Franklin Clark
FCI-Coleman
#03314-089
P.O. Box 1033
Coleman, FL 33521-0879


Mr. Mark S. Pestal
Asst. U.S. Attorney
Office of the United States Attorney
1225 17th Street
Suite 700
Denver, CO 80202


Mr. William R. Lucero
Asst. U.S. Attorney
Office of the United States Attorney
1225 17th Street
Suite 700
Denver, CO 80202


Honorable Daniel B. Sparr
Sr. District Judge
1929 Stout
C-334 U.S. Courthouse
Denver, CO 80294


Mr. Gregory C. Langham
Clerk
United States District Court for the District of Colorado
Alfred A. Arraj United States Courthouse
Room A105

901 19th Street
Denver, CO 80294-3589

_____
DEPUTY CLERK

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

In re: ERNEST FRANKLIN CLARK,

Petitioner.

No. 06-1284
(D.C. No. 96-CV-00823-DBS)

ORDER
Filed July 19, 2006

Before **BRISCOE, HARTZ,** and **TYMKOVICH,** Circuit Judges.

This is an original proceeding in the nature of mandamus. Petitioner requests that this court order Judge Daniel B. Sparr to decide petitioner's independent action in the nature of equity, filed in Case 96-CV-00823-DBS in the United States District Court for the District of Colorado on November 17, 2003.

The independent action is a recognized vehicle for seeking relief from a judgment. *See United States v. Beggerly*, 524 U.S. 38, 45-46 (1998); *United States v. Buck*, 281 F.3d 1336, 1341-42 (10th Cir. 2002). The district court's docket sheet reflects that petitioner's filing has been pending for more than thirty months without action. Accordingly, we grant petitioner's motion for leave to proceed in forma pauperis. Petitioner is reminded that he must make partial payments. Judge Sparr is invited to respond to the petition for writ of mandamus,

if he desires to do so. The response, if any, shall be filed within thirty days of the date of this order and served on petitioner.

                                  Entered for the Court
                                  ELISABETH A. SHUMAKER, Clerk

                                  By: *[signature]*
                                     Deputy Clerk