FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 18 2006

GREGORY C. LANGHAM
CLERK

# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

---

In re: ERNEST FRANKLIN CLARK,

Petitioner.

No. 06-1284
(D.C. No. 96-CV-00823-DBS)
(D. Colo.)

---

ORDER
Filed August 18, 2006

---

Before **BRISCOE** and **TYMKOVICH**, Circuit Judges.

---

This is an original proceeding in the nature of mandamus. By order dated July 19, 2006, this court invited Judge Daniel B. Sparr to respond to petitioner's request that this court order the district judge to decide petitioner's independent action in the nature of equity, filed in Case 96-CV-00823-DBS in the United States District Court for the District of Colorado on November 17, 2003.

It has come to the court's attention that, for good and sufficient reasons, Judge Sparr is not available to file a response to petitioner's mandamus petition on or before the deadline of August 18, 2006. We request that, within seven calendar days of the date of this order, the Clerk or the Chief Judge of the United States District Court for the District of Colorado formally notify this court, in writing, of Judge Sparr's unavailability.

Entered for the Court
ELISABETH A. SHUMAKER, Clerk

By: [signature]
Deputy Clerk

# United States Court of Appeals for the Tenth Circuit
**OFFICE OF THE CLERK**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257

**Elisabeth A. Shumaker**
**Clerk of Court**

(303)844-3157

**Douglas E. Cressler**
**Chief Deputy Clerk**

August 18, 2006

NOTIFICATION OF MAILING

Re:     06-1284, In re:Clark v. -
        Dist/Ag docket:  96-CV-00823-DBS,

A COPY OF THE ATTACHED ORDER HAS BEEN PLACED IN THE UNITED STATES MAIL
THIS DATE, ADDRESSED AS FOLLOWS:

Mr. Ernest Franklin Clark
FCI-Coleman
#03314-089
P.O. Box 1033
Coleman, FL 33521-0879

Mr. Mark S. Pestal
Mr. William R. Lucero
Asst. U.S. Attorney
Office of the United States Attorney
1225 17th Street
Suite 700
Denver, CO 80202

Honorable Daniel B. Sparr
Sr. District Judge
1929 Stout
C-334 U.S. Courthouse
Denver, CO 80294

Mr. Gregory C. Langham
Clerk
United States District Court for the District of Colorado
Alfred A. Arraj United States Courthouse
Room A105
901 19th Street
Denver, CO 80294-3589

Honorable Lewis T. Babcock
United States District Court for the District of Colorado
Alfred A. Arraj United States Courthouse
901 19th Street
Denver, CO 80294-3589

_____ks_____

DEPUTY CLERK