**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge**

Civil Action No. 96-cv-00823-DBS

ERNEST FRANK CLARK,

    Plaintiff,

vs.

LAVALLIE, et al,

    Defendants.
_____

ORDER
_____

It appearing that Judge Daniel B. Sparr remains unavailable due to illness to respond to the Tenth Circuit Court of Appeals in the within matter,

IT IS ORDERED that the above action is reassigned to Judge Phillip S. Figa.

                BY THE COURT:

                s/Lewis T. Babcock
                Lewis T. Babcock, Chief Judge

DATED: October 18, 2006