IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 96-cv-00823-PSF

ERNEST FRANK CLARK,

    Plaintiff,

vs.

MICHAEL LAVALLIE;
DAVID PRUYNE;
BRENT GALL;
JOE PATRICK;
ROBERT BASINGER; and
BRUNO IREULLI,

    Defendants.

## ORDER

    THIS MATTER comes before the Court *sua sponte*.

    On November 17, 2003, plaintiff filed an "Independent Action in Equity to Set Aside Fraudulently Obtained Judgment" (Doc. # 65). The judgment referred to in that document was entered by this court on June 19, 1998. It was affirmed by the Tenth Circuit Court of Appeals on March 1, 2000.

    As noted, plaintiff filed his request to reopen the case in 2003. There is no indication that he served his request on the Government. The case is further complicated by the fact that several of the defendants named by plaintiff were prosecuted by the Government in 00-cr-481-WYD. The Government has now been provided with a copy of plaintiff's "Independent Action" document.

It is, therefore, ORDERED that the Government shall file a response to this Order on or before November 15, 2006 that sets forth its position regarding the status of plaintiff's request and the Government's obligation, if any, to represent these defendants. The Government shall serve a copy of their response on each individual defendant as well as the plaintiff. The Court will determine a plan of action to proceed with plaintiff's request after the receipt of that document.

DATED at Denver, Colorado, this 25th day of October, 2006.

BY THE COURT:

*s/ Phillip S. Figa*

Phillip S. Figa
United States District Judge