FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 27 2006

GREGORY C. LANGHAM
CLERK

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

|  |  |
|---|---|
| In re: ERNEST FRANKLIN CLARK, <br><br> Petitioner. | No. 06-1284 <br> (D.C. No. 96-CV-00823-PSF) <br> (D. Colo.) |

### ORDER

Filed November 22, 2006

Before **BRISCOE**, **HARTZ**, and **TYMKOVICH**, Circuit Judges.

This is an original proceeding in the nature of mandamus. Petitioner Ernest Franklin Clark complains of delay in adjudicating his independent action in the nature of equity, filed in November 2003 in Case 96-CV-00823 in the United States District Court for the District of Colorado.

The case was originally assigned to District Judge Daniel B. Sparr, but due to Judge Sparr's extended illness, on October 18, 2006, it was reassigned to District Judge Phillip S. Figa. Our review of the district court's docket shows that on October 25, 2006, Judge Figa ordered the government to respond to petitioner's filing. On November 16, 2006, he granted the government additional time to respond, but ordered that no further extensions would be allowed. Consequently, it appears that the independent action in equity now is proceeding toward judgment in the district court, as petitioner has requested.

Because the district court action is proceeding, the petition for a writ of mandamus is DENIED.

>
> Entered for the Court
> ELISABETH A. SHUMAKER, Clerk
>
> By: /s/
> Deputy Clerk

United States Court of Appeals for the Tenth Circuit
OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

Elisabeth A. Shumaker
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

November 22, 2006

NOTIFICATION OF MAILING

Re: 06-1284, In re: Clark
Dist/Ag docket: 96-CV-00823-DBS

A COPY OF THE ATTACHED ORDER HAS BEEN PLACED IN THE UNITED STATES MAIL THIS DATE, ADDRESSED AS FOLLOWS:

Mr. Ernest Franklin Clark
FCI-Coleman
#03314-089
P.O. Box 1033
Coleman, FL 33521-0879

Mr. Mark S. Pestal
Mr. William R. Lucero
Office of the United States Attorney
1225 17th Street
Suite 700
Denver, CO 80202

Mr. Gregory C. Langham, Clerk
United States District Court for the District of Colorado
Alfred A. Arraj United States Courthouse
Room A105
901 19th Street
Denver, CO 80294-3589

_____
DEPUTY CLERK